IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE CARLOS ROJAS,** | CIV S-07-0911 GEB DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **M.S. EVANS, et al.,** | |
| Respondents. | |

Respondents have requested a thirty-day extension of time in which to file a response to Petitioner's federal application. GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including October 13, 2007, in which to file a response to Petitioner's federal petition for writ of habeas corpus.

DATED: September 17, 2007.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
rojas0911.111resp